FILED

2011 MAY 27 PM 12: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.

DIANE GUYER,

    Plaintiff,

v.

5:11-CV-316-OC-10 GJK

GREYSTONE ALLIANCE, LLC, *a Limited Liability Company,* and
ANTHONY FRISICARO, *an individual*,

    Defendants.

_____/

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district and where Defendants transact business in this district.

## PARTIES

4. Plaintiff, DIANE GUYER ("Plaintiff"), is a natural person who at all relevant times resided in the State of Florida, County of Marion, and City of Summerfield.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, GREYSTONE ALLIANCE, LLC ("Defendant") or ("GA") is a limited liability company who at all relevant times was engaged, by use of the mails and

telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. At all relevant times herein, Defendant, ANTHONY FRISICARO ("Frisicaro") was an owner and/or director of GA. As an officer, shareholder and/or director of GA, Frisicaro was responsible for the overall success of the company. Frisicaro is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6): he materially participated in collecting debt by occupying a position of critical importance to GA's business; as the owner of GA, he exercised control over the affairs of a debt collection business; and he was regularly engaged, albeit more often indirectly than directly, in the collection of debts through his involvement in GA's affairs and Frisicaro continued to play a key role in maintaining and expanding GA's debt collection activities throughout the time in question.

8. Defendants are "debt collectors" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendants.

10. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendants, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

11. Defendants use instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collect or attempt to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

12. Defendants sent Plaintiff initial written communication dated July 22, 2010 in which Defendants failed to provide Plaintiff with the notices required by 15 USC § 1692g(a) et seq, nor did Defendants provide said notices within five (5) days thereof. (See copy of letter dated July 22, 2010, attached hereto as Exhibit "A").

## COUNT I

13. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 12.

14. Defendants violated 15 U.S.C. § 1692g(a) by failing to provide Plaintiff with the notices required by 15 USC § 1692g(a) et seq., either in the initial communication with Plaintiff, or in writing within 5 days thereof.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendants violated 15 U.S.C. § 1692g(a);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

15. Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 24th day of May, 2011.

Respectfully submitted,
**DIANE GUYER**

By: *[signature]*

ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

**EXHIBIT A**

6341 Inducon Drive East
Sanborn, NY 14132-9097



07/22/2010

2585351-SIFA          *A-01-BHY-AM-00475-S

DIANE GUYER
11001 SE SUNSET HARBOR RD APT 24
SUMMERFIELD FL 34491-7682

Greystone Alliance LLC
33 Dodge Road Suite 106
Getzville, NY 14068
(716) 218-4800
Toll Free 1-877-789-1769

If paying by Credit Card, please complete this section

Re: GE Money Bank
Account #: ████351
Original Account #: ████████29105
Balance: $7,795.40

GREYSTONE ALLIANCE LLC
PO BOX 1810
BUFFALO NY 14240-1810

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

Dear Diane Guyer:

Account Number: ████351

The above referenced account that you originally opened with GE Money Bank has been placed with our agency for collection. As this account is seriously past due, please contact this office or proceed as noted below. You also have the option to settle this account for a lump sum payment of $5846.55. This settlement offer will remain valid for a minimum of 45 days from the date of this letter. Before making a settlement payment after 45 days from the date of this letter, please confirm with one of our representatives that this offer is still valid. Should you choose to accept this settlement offer, please enclose the top of this letter or a copy with your payment and mark your check or money order with the account number listed above. We are not obligated to renew this offer.

Make your check or money order payable to:

**GREYSTONE ALLIANCE LLC
PO BOX 1810
BUFFALO NY 14240-1810**

If you wish to speak to a representative concerning your account, you may contact this office toll free at 1-877-789-1769. Please refer to the account number indicated above. Our office hours are Monday through Thursday 8am-9pm EST and Friday 8am-4pm EST. Matt Beakman or another live agent will be available to speak to you during office hours.

New York City Department of Consumer Affairs license number 1308481.

This is a communication from a debt collector. Federal law requires we notify you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

Please note the return address (6341 Inducon Drive East, Sanborn, NY 14132) located on the front of this notice, is not the address of Greystone Alliance LLC  This address is for processing undeliverable mail only. Please do not send correspondence or payments to that address. Please send payments or correspondence to GREYSTONE ALLIANCE LLC. PO BOX 1810, BUFFALO NY 14240-1810.

Sincerely,

Greystone Alliance LLC